## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Northwestern Oklahoma State University, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: |
| | ) |
| United States of America, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff Northwestern Oklahoma State University ("NWOSU"), for its Complaint against Defendant United States of America, states and alleges:

### NATURE OF THE ACTION

1. NWOSU brings this suit pursuant to 26 U.S.C. § 7422(a) and 28 U.S.C. § 1346(a)(1) against Defendant for the recovery of federal income tax and related interest erroneously assessed against and collected from NWOSU by Defendant for Quarter 1, 2020 ("Q1 2020"), ending March 31, 2020.

### PARTIES

2. NWOSU is a public state university located in Alva, Oklahoma, which is in the Western District of Oklahoma.

3. Defendant is the United States of America.

### JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1346(a)(1) and 26 U.S.C. § 7422(a).

5.  Venue is proper under 28 U.S.C. § 1396.

## FACTUAL ALLEGATIONS

6.  NWOSU timely filed its 2020 federal income tax return with the Internal Revenue Service.

7.  NWOSU timely filed its 2020 employer's quarterly federal tax return four all four quarters with the Internal Revenue Service.

8.  The I.R.S. audited NWOSU and erroneously found that the lodging the President of NWOSU is required to occupy and use as part of his employment with NWOSU ("President's House") did not meet the standards of the three-prong test of Treasury Regulation § 1.119-1(b) and, therefore, the housing value and utilities qualified as a taxable fringe benefit that should have been included in the compensation of the President.

9.  Following an unsuccessful appeals conference with the I.R.S. independent office of appeals, NWOSU paid $1,593.94 for Employer's Quarterly Federal Return (Form 941) for the first quarter of 2020 ($1,047.28 federal tax withholding, $138.04 taxable Medicare wages, and $408.62 interest).

10. On July 18, 2025, NWOSU timely filed a refund claim for $1,593.94.

11. The I.R.S. did not act on the refund claim.

12. Six months have passed since NWOSU filed its refund claim; therefore, this case is timely brought under 28 U.S.C. § 6532(a).

## CLAIM FOR RELIEF

13.    Under I.R.C. § 119 and Treasury Regulation § 1.119-1(b), NWOSU is entitled to a refund of $1,593.94 in federal income tax, plus interest as allowed by law, for Form 941, Employer's Quarterly Federal Return, for the first quarter of 2020.

14.    Accordingly, NWOSU seeks recovery of the overpayment of $1,593.94 that was erroneously assessed and collected by Defendant, plus interest as allowed by law.

## PRAYER FOR RELIEF

WHEREFORE, NWOSU requests that the Court enter judgment against Defendant awarding NWOSU a refund of overpaid tax for Form 941, Employer's Quarterly Federal Return for the first quarter of 2020 of at least $1,593.94, or such other amount as may be legally refundable, interest as allowed by law, attorney fees as available, and such other relief as NWOSU may be entitled to receive.

## JURY DEMAND

NWOSU demands a trial by jury of all issues so triable pursuant 28 U.S.C. § 2402.

Respectfully submitted,


*/s/ John R. (Jack) Bomhoff*
Randall K. Calvert, OBA No. 14154
Andrew R. Davis, OBA No. 32763
John R. (Jack) Bomhoff, OBA No. 32356
CALVERT LAW FIRM
1041 NW Grand Boulevard
Oklahoma City, Oklahoma 73118
Telephone (405) 848-5000
Facsimile (405) 848-5052
rcalvert@calvertlaw.com
adavis@calvertlaw.com
jbomhoff@calvertlaw.com
*Attorneys for Plaintiff Northwestern Oklahoma State University*